Jeff Stone, SBN 155190
Eric Graves, SBN 179253
Kimberlee Tsai, SBN 227426STONE & GRAVES
11335 Gold Express Drive, Suite 145
Gold River, CA 95670
Telephone: (916) 231-0321
Facsimile: (916) 231-0335

Attorneys for Plaintiff XPEM, INC.
doing business as POOL SUPPLY WORLD

Bruce C. Piontkowski

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XPEM, INC. doing business as POOL SUPPLY WORLD,<br><br>            Plaintiff,<br>v.<br><br>CHERI BARNES, individually, CHERI BARNES doing business as POOLSUPPLY4LESS, GREGORY BARNES, individually, GREGORY BARNES doing business as POOLSUPPLY4LESS, and DOES 1 through 100,<br><br>            Defendants. | Case No.: 2:12-CV-00571-WBS-GGH<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY AND MOTION HEARING DATES RE: STATUS (PRETRIAL SCHEDULING) ORDER** |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS by and through the counsel of record for plaintiff XPEM, INC. doing business as POOL SUPPLY WORLD and the counsel of record for defendants CHERI BARNES, individually and doing business as POOLSUPPLY4LESS and GREGORY BARNES, individually and doing business as POOLSUPPLY4LESS that:

Whereas the parties and their respective counsel have previously been involved in litigation before this Court that was resolved by negotiated settlement in its early stages;

Whereas the parties' counsel have been actively engaged in settlement discussions and are hopeful of a negotiated settlement in this matter;

Whereas the Court ordered the disclosure and production of experts by December 10, 2012, that all discovery in this matter shall be conducted and completed by February 4, 2013 and that all motions in this matter shall be filed on or before March 4, 2013;

Whereas the parties' counsel both believe a brief extension of time for discovery and filing of motions will assist in either fostering a negotiated settlement prior to incurring further litigation expenses or otherwise making for a more efficient and effective pretrial litigation process, and;

Whereas such additional time for discovery and the filing of motion will not require any modification or extension of other pretrial and trial dates.

Therefore, the parties through counsel stipulate and agree as follows:

That this Court continue the date for the disclosure and production of experts in this matter from December 10, 2012 to January 28, 2013;

That this Court continue the date for discovery to be completed in this matter from February 4, 2013 to March 18, 2013.

1

2       That this Court continue the last date for filing motions in this matter, except

3 motions for continuances, temporary restraining orders, or other emergency applications,

4 from March 4, 2013 to April 8, 2013.

| Dated: December 6, 2012 | STONE & GRAVES |
|---|---|
| | /S/ JEFF STONE<br>JEFF STONE<br>Attorneys for Plaintiff XPEM, INC. doing business as POOL SUPPLY WORLD |
| Dated: December 6, 2012 | TINGLEY PIONTOWSKI LLP |
| | /S/ BRUCE PIONTKOWSKI<br>BRUCE PIONTKOWSKI<br>Attorneys for Defendants CHERI BARNES, CHERI BARNES doing business as POOLSUPPLY4LESS, GREGORY BARNES, GREGORY BARNES doing business as POOLSUPPLY4LESS |

**ORDER**

Good cause appearing therefore,
IT IS HEREBY ORDERED that:

The Status (Pretrial scheduling) Order in this matter is modified as follows:

The date for the disclosure and production of experts in this matter is January 28, 2013;

The date for discovery to be completed in this matter is March 18, 2013.

/////

The undersigned declines to alter the motions filing date as the parties' request to file motions as late as April 8, 2013 would impact the ability of the trial judge to decide dispositive motions prior to the pretrial conference (presently scheduled for May 13, 2013.).

All other pretrial and trial dates remain unchanged.

DATED:  December  5,, 2012          /s/ Gregory G. Hollows

Gregory G. Hollows, United States Magistrate Judge